No. D–1194. IN RE DISBARMENT OF CAPLAN. It is ordered that Walter Harry Caplan, of San Francisco, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1195. IN RE DISBARMENT OF CASPER. It is ordered that Howard J. Casper, of Philadelphia, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1196. IN RE DISBARMENT OF HARLAN. It is ordered that James Irving Harlan, of Dallas, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1197. IN RE DISBARMENT OF HAWKINS. It is ordered that J. Dare Hawkins, of Houston, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1198. IN RE DISBARMENT OF WATROUS. It is ordered that Ira Watrous, of Houston, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1199. IN RE DISBARMENT OF KIRK. It is ordered that Mitchell Wayne Kirk, of Baltimore, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1200. IN RE DISBARMENT OF SIMON. It is ordered that Dennis J. Simon, of Coral Springs, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.